# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case Nos.: CV19-3076-CJC (JCx); CV19-3082-CJC (JCx)  Date: May 6, 2019
CV19-3130-CJC (JCx); CV19-3150-CJC (JCx); CV19-3152-CJC (JCx);
CV19-3157-CJC (JCx); CV19-3160-CJC (JCx); CV19-3161-CJC (JCx);
CV19-3162-CJC (JCx); CV19-3165-CJC (JCx); CV19-3169-CJC (JCx);
CV19-3170-CJC (JCx); CV19-3171-CJC (JCx); CV19-3175-CJC (JCx);
CV19-3176-CJC (JCx); CV19-3177-CJC (JCx); CV19-3181-CJC (JCx);
CV19-3188-CJC (JCx); CV19-3189-CJC (JCx); CV19-3191-CJC (JCx);
CV19-3234-CJC (JCx); CV19-3241-CJC (JCx); CV19-3244-CJC (JCx);
CV19-3287-CJC (JCx); CV19-3306-CJC (JCx); CV19-3346-CJC (JCx);
CV19-3359-CJC (JCx); CV19-3367-CJC (JCx); CV19-3372-CJC (JCx);
CV19-3393-CJC (JCx); CV19-3410-CJC (JCx); CV19-3415-CJC (JCx);
CV19-3422-CJC (JCx); CV19-3424-CJC (JCx); CV19-3435-CJC (JCx);
CV19-3458-CJC (JCx); CV19-3467-CJC (JCx); CV19-3471-CJC (JCx);
CV19-3472-CJC (JCx); CV19-3482-CJC (JCx); CV19-3773-CJC (JCx);

Title: IN RE: REMOVED STATE COURT TALC ACTIONS AGAINST JOHNSON & JOHNSON, *ET AL.*

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Gabriela Garcia | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                       None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY REMAINING CENTRAL DISTRICT TALC ACTIONS SHOULD NOT BE REMANDED**

Across the country, thousands of state court proceedings have been filed against Johnson & Johnson alleging injury and wrongful death caused by the talc used in Johnson & Johnson's products. Johnson & Johnson has begun removing the state court actions filed against it in this district ("Central District Talc Actions") on the basis that they are

related to the Chapter 11 bankruptcy proceeding of Johnson & Johnson's sole talc supplier, Imerys Talc America, Inc., that is pending in the United States Bankruptcy Court for the District of Delaware.

The District Court for the Central District of California already has remanded many of these actions on equitable grounds pursuant to 28 U.S.C. § 1452(b). Prior to their removal, most of the Central District Talc Actions were part of various state-level, coordinated efforts to manage talc-related litigation against Johnson & Johnson. They have been pending in state courts for months, if not years, and assert state law causes of action only. Finding that comity, judicial economy, and other equitable grounds weigh in favor of remand, this Court and others in the district already have exercised their broad discretion under Section 1452(b) to remand many of these actions to state court. *See, e.g.*, *Weirick, et al. v. Brenntag North America, Inc., et al.*, Case No. 19-cv-03036-CJC (JCx), Dkt. 22; *Cabibi, et al. v. Avon Products, Inc., et al.*, Case No. 19-cv-03037-CJC (JCx), Dkt. 29; *Schade, et al. v. Johnson & Johnson, et al.*, Case No. 19-cv-03662-DMG (RAOx), Dkt. 8; *Brown, et al. v. Johnson & Johnson, et al.*, Case No. 19-cv-03289-FMO (JEMx), Dkt. 8.

In the interest of conserving judicial resources and avoiding duplication of effort, the Court hereby **ORDERS** Johnson & Johnson to show cause why the remaining Central District Talc Actions should not be remanded. Johnson & Johnson shall respond in writing by **Monday, May 13, 2019**. The plaintiffs in these actions shall file a response, if any, by the following **Monday, May 20, 2019**. The Court will then take the matter under submission and issue a ruling no later than **Monday, June 3, 2019**.